■ In the Matter of Justin V., a Person Alleged to be a Juvenile Delinquent, Appellant. [795 NYS2d 887]—Order of disposition, Family Court, Bronx County (Alma Cordova, J.), entered on or about May 27, 2004, which adjudicated appellant a juvenile delinquent, upon a fact-finding determination that he committed an act which, if committed by an adult, would constitute the crime of criminal mischief in the second degree, and placed him on probation for a period of one year, unanimously affirmed, without costs.

The court's finding was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Bleakley*, 69 NY2d 490 [1987]). The evidence warranted the inference that appellant damaged the car in question, as well as the inference that he intended the natural consequence of his acts (*see Matter of Joshua F.*, 309 AD2d 1012 [2003]). Concur—Mazzarelli, J.P., Andrias, Friedman, Gonzalez and Catterson, JJ.